1  EDMUND G. BROWN JR.   **CHAMBERS COPY**
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5846
    Fax:  (415) 703-5480
8   Email:  Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendant Lafferty

10

11                 IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

| | |
|---|---|
| **QUILLIE L. HARVEY, Jr.,** | Case No. C 07-1244 CRB |
| Plaintiff, | **STATEMENT NOTING DEFENDANT YOUNCE'S DEATH AND REQUEST TO DISMISS HIM FROM THIS ACTION** |
| v. | |
| **ARNOLD LAFFERTY, et al.,** | |
| Defendants. | |

20        The Office of the Attorney General was notified that Defendant Younce died on

21  September 1, 2008, during the pendency of this action.  Counsel for Defendants now seeks to

22  note Defendant Younce's death on the record in this action.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///        Signed:  Sept. 26, 2008

Stmt. Noting Def. Younce's Death; Req. to Dismiss Def. Younce          *Q. Harvey v. Schwarzenegger, et al.*
                                                                              C 07-1244 CRB
                                    1

1    Defendants moved this Court to screen Plaintiff's Amended Complaint under 28 U.S.C.

2 Section 1915A.  (Docket No. 40.)  Defendants now respectfully request that upon screening the

3 Amended Complaint, this Court dismiss Defendant Younce because Plaintiff fails to state a

4 claim against him for deliberate indifference to serious medical needs.  (*See* Docket Nos. 11 at 7;

5 38 at 4; and 39 at 10 ¶¶ 40-41.)  Thus the Court should dismiss Defendant Younce from this

6 action.

7    Dated:  September 25, 2008

8                         Respectfully submitted,

9                         EDMUND G. BROWN JR.
                          Attorney General of the State of California

10                        DAVID S. CHANEY
                          Chief Assistant Attorney General

11
                          ROCHELLE C. EAST
12                        Senior Assistant Attorney General

                          JONATHAN L. WOLFF
13                        Supervising Deputy Attorney General

14

15

16
                          LISA SCIANDRA
17                        Deputy Attorney General
                          Attorneys for Defendant Lafferty

18

19
20143263.wpd
20 SF2007200737

21

22

23

24

25

26

27

28

Stmt. Noting Def. Younce's Death; Req. to Dismiss Def. Younce          *Q. Harvey v. Schwarzenegger, et al.*
                                                                        C 07-1244 CRB

2