IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUILLIE L. HARVEY, JR.,

        Plaintiff,

  v.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.
                           /

No. CV-07-1244 CRB(PR)

**AMENDED**
**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendants' motion for dismissal/summary judgment is GRANTED.

Dated: December 29, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk